UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80489-DMM

HOWARD COHAN,

    Plaintiff,

vs.

LAKE WORTH PROPERTY ENTERPRISES,
LLC, a Florida Limited Liability Company;
and BOCA GAS & GO CORP,
a Florida Profit Corporation

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED May 15, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's counsel, Ricky L. Thacker, Esq., via email at ricky.mtfirm@gmail.com.

                                                         **/s/ Gregory S. Sconzo**
                                                         **Gregory S. Sconzo, Esq.**