UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80489-CV-MIDDLEBROOKS

HOWARD COHAN,

    Plaintiff,

v.

LAKE WORTH PROPERTY ENTERPRISES,
LLC, *a Florida Limited Liability Company*, and
BOCA GAS & GO CORP., *a Florida Corporation*,

    Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed June 4, 2024. (DE 12). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendants in this case have served neither.

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this ___5___ day of June, 2024.

                                                                 DONALD M. MIDDLEBROOKS
                                                                 UNITED STATES DISTRICT JUDGE

Cc: attorneys of record